UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MARIA U.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 5:22-CV-299-H-BQ

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this Court affirm the Commissioner of Social Security's decision and dismiss this case with prejudice. Dkt. No. 19. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The Commissioner's decision is affirmed, and this case is dismissed with prejudice.

So ordered on February 22, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE